# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0818

_____

MELVIN ADAMS,

Appellant,

v.

STAHL MEYER FOODS, INC. and
LIBERTY MUTUAL INSURANCE,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn L. Newman, Judge.

Date of Accident:  April 12, 2019.

December 20, 2023

PER CURIAM.

The court grants the appellant's motion to dismiss, docketed on October 25, 2023. *See* Fla. R. App. P. 9.350(b).

DISMISSED.

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Melvin Adams, *pro se*, Appellant.

Edward C. Duncan III of the Law Office of Ignacio M. Sarmiento, London, KY, for Appellees.